Form ntcHrg2

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 21−08044
Chapter: 11
Judge: Timothy A. Barnes

In Re:
   HARI 108, LLC
   dba ILLINOIS VALLEY FOOD & DELI
   235 3RD STREET
   La Salle, IL 61301

Social Security No.:

Employer's Tax I.D. No.:
   27−5026136

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held:

Appear Using Zoom for Government, Judge Barnes

on June 22, 2022 at 09:00 AM

TO CONSIDER AND ACT UPON the following: U.S. Trustee's Motion to Convert or Dismiss Chapter 11 Case

For the Court,

Dated: May 27, 2022

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court